STATE OF CONNECTICUT *v.* THOMAS SANDERS

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 219 (AC 13157), is denied.

*Lewis H. Chimes,* special public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided May 8, 1995

STATE OF CONNECTICUT *v.* MICHAEL PIORKOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 252 (AC 13537), is granted, limited to the following issue:

"In the circumstances of this case, was the defendant entitled to appellate review of the admissibility of his statements?"

The Supreme Court docket number is SC 15259.

*Elizabeth M. Inkster,* assistant public defender, and *Joseph G. Bruckmann,* public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 8, 1995